UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  09-19966-BKC-AJC
ANNETTE BAKER LUMPKIN

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 545.30 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUN 16 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
ANNETTE BAKER LUMPKIN
PO BOX 834352
HOLLYWOOD, FL 33083

ARIEL SAGRE, ESQ.
5201 BLUE LAGOON DRIVE
8TH FLOOR
MIAMI, FL 33126

TROPICAL FINANCIAL CU
C/O BRUCE M BOIKO, ESQ
2525 PONCE DE LEON BLVD #400
MIAMI, FL 33134

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.   09-19966-BKC-AJC
ANNETTE BAKER LUMPKIN

                         CHAPTER 13


ANNETTE BAKER LUMPKIN

PO BOX 834352
HOLLYWOOD, FL 33083


ARIEL SAGRE, ESQ.
5201 BLUE LAGOON DRIVE
8TH FLOOR
MIAMI, FL 33126

TROPICAL FINANCIAL CU            --------$         545.30
C/O BRUCE M BOIKO, ESQ
2525 PONCE DE LEON BLVD #400
MIAMI, FL 33134
                                          UNDELIVERABLE/STALE
                                          CLAIM REGISTER#  8-2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130